IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CARY A. RAY, ) | |
|     Plaintiff, ) | |
| vs. ) | No.  3:13-CV-2878-N-BH |
| ) | |
| DON HILL, et. al, ) | |
|     Defendants. ) | |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

For the reasons stated in the recommendation, Plaintiff's complaint is **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915(e)(2), and Plaintiff is **ADMONISHED** that, should he continue to file frivolous lawsuits in this Court, he may be sanctioned and barred from filing any further civil cases *in forma pauperis* without leave of the court.

**SIGNED** this 26th day of August, 2013.

_David C Godbey_
**UNITED STATES DISTRICT JUDGE**